Actions by Aaron Arnold against Leopold Schmiedler and others, and by the State Board of Pharmacy against F. W. Woolworth & Co. No opinions. Applications granted. Orders signed.

---

ASHLEY, Respondent, v. FIRE DEPARTMENT OF CITY OF ROCHESTER, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. January 25, 1911.) Action by Egbert F. Ashley against the Fire Department of the city of Rochester, impleaded with others. No opinion. Interlocutory judgment affirmed, with costs, with leave to the demurring defendants to plead over within 20 days, upon payment of the costs of the demurrer and of this appeal.

---

ATKINS, Appellant, v. VAN SCOTER, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 8, 1911.) Action by John Atkins against William Van Scoter. No opinion. Interlocutory judgment affirmed, with costs, with leave to the plaintiff to serve an amended complaint within 20 days, upon payment of the costs of the demurrer and of this appeal.

---

AUCHTER, Respondent, v. GILLETTE, Sheriff, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. February 8, 1911.) Action by Katherine Auchter against Willis K. Gillette, Sheriff of Monroe County, impleaded with another. No opinion. Order affirmed, with $10 costs and disbursements.

---

AVERY, Respondent, v. NEW YORK, O. & W. RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by George F. Avery against the New York, Ontario & Western Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

KELLOGG, J., dissents.

---

BACHMANN, Appellant, v. EICHLER, Respondent. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Isaac Bachmann against Fannie Eichler.

PER CURIAM. We think the court should have opened the case to permit the plaintiff to prove his demand. Order of the Municipal Court reversed, with costs.

---

In re BACKUS. In re VALENTINE. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) In the matter of Lincoln G. Backus, an attorney. On petition of Ludlow W. Valentine.

PER CURIAM. Referee's report confirmed, except as to the finding upon the question of collusion, and proceedings dismissed. See, also, 136 App. Div. 888, 119 N. Y. Supp. 1113.

THOMAS, J., votes to confirm the referee's report.

In re BACKUS. In re VALENTINE. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) In the matter of Lincoln G. Backus, an attorney. On petition of Ludlow W. Valentine. No opinion. Order settled and signed. See, also, supra.

---

BAKER, Respondent, v. CITIZENS' TRUST CO. OF BROOKLYN, Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1911.) Action by William H. Baker against the Citizens' Trust Company of Brooklyn. No opinion. Judgment affirmed, with costs, on the authority of Baker v. Citizens' Trust Company, 137 App. Div. 888, 121 N. Y. Supp. 767.

---

BAKER, Appellant, v. DONNELLY, Respondent. (Supreme Court, Appellate Division, Second Department. January 31, 1911.) Action by Herman H. Baker against Eugene J. Donnelly, as executor, etc.

PER CURIAM. The records from the office of the clerk of the county of Kings, and the oral testimony of the witnesses Roy and Sparks, fully establish the relation of attorney and client between plaintiff and defendant's testator. From that relation the law presumes an obligation to pay the reasonable value of the services. There was evidence as to the value of the greater portion of these. As none of this evidence was contradicted, the trial judge erred in directing judgment for defendant upon the merits. The witness Lucia was competent to testify. He was not a person interested in the event, nor did plaintiff derive title to the subject-matter of the action from him by assignment or otherwise. Judgment of the Municipal Court reversed, and new trial ordered; costs to abide the event.

---

BALL v. DOHERTY et al. (Supreme Court, Appellate Division, Second Department. January 13, 1911.) Action by George B. Ball against John F. Doherty and another. No opinion. Motion denied, with $10 costs.

---

BANCROFT, Respondent, v. SPRAGUE, Appellant. (Supreme Court, Appellate Division, Third Department. March 8, 1911.) Action by Hattie A. Bancroft against Frank W. Sprague, as executor, etc. No opinion. Judgment modified, by striking therefrom the recovery of costs, and, as so modified, unanimously affirmed, without costs.

---

BARCALO MFG. CO., Appellant, v. MALDONADO & CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. February 8, 1911.) Action by the Barcalo Manufacturing Company against Maldonado & Co. No opinion. Motion for leave to appeal to Court of Appeals granted, and questions for review certified. See, also, 125 N. Y. Supp. 1112.

---

BARDES et al., Respondents, v. KINKADE, Appellant. (Supreme Court, Appellate Divi-